IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-00501-KMT

Cincinnati Insurance Company

    Plaintiff,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY;
MCWHINNEY HOLDING COMPANY, LLLP, a
Colorado Limited Liability Limited Partnership;
MCWHINNEY CENTERRA LIFESTYLE CENTER, LLC,
a Colorado Limited Liability Company;
CENTERRA PROPERTIES WEST, LLC, a
Colorado Limited Liability Company and SMP4
INVESTMENTS, INC., a Colorado Corporation.

    Defendants.

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

    Plaintiff, Cincinnati Insurance Company, through its attorneys, Walberg Allan, P.L.L.C., and defendants McWhinney Holding Company, LLLP; McWhinney Centerra Lifestyle Center, LLC; Centerra Properties West, LLC; and SMP4 Investments, Inc., through their attorney of the Enterprise Counsel Group, (hereinafter referred to collectively as the "Stipulating Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal of all claims between them in this action without prejudice. In connection therewith, the Stipulating Parties advise the Court:

-1-

-2-

1. Upon meeting to consider the preparation of the Parties' proposed Scheduling Order in this matter, counsel for the Stipulating Parties reached an agreement that the interests of all Stipulating Parties would be served by dismissing this action without prejudice at this time, to allow certain developments in the Underling Action prior to addressing the issues raised by this action.

2. Plaintiff Cincinnati Insurance Company has served Notice of Voluntary Dismissal pursuant F.R.C.P. 41(a)(1)(A)(i) as to the Charter Oak Fire Insurance Company as no answer has been filed in this action as to Charter Oak. As a result, the entire action will have been dismissed, without prejudice, as to all parties.

3. The stipulating parties agree that some or all of the claims asserted herein may be refiled at a later time, in the event one or more of the Stipulating Parties determines that further court involvement in resolving disputes between them is warranted.

4. It is the express intention of the Stipulating Parties that dismissal pursuant to this Stipulation will have no preclusive effect whatsoever on any future litigation that is based on the alleged occurrence or recurrence of any claim, fact, or circumstance at issue in the present case or related to the present case.

5. Each party shall pay its own costs incurred to date in relation to this action.

DATED: May 9, 2016

Respectfully submitted,

ENTERPRISE COUNSEL GROUP, ALC
By: s/ Anjuli B. Woods_____

Anjuli B. Woods (CA Bar #270014) (NV Bar #10989)
ENTERPRISE COUNSEL GROUP, ALC
Three Park Plaza, Suite 1400
Irvine, California 92614
Phone: (949) 833-8550
E-mail: awoods@enterprisecounsel.com
*Attorneys for McWhinney Defendants*


*s/ Wendelyn K Walberg*
Wendelyn K Walberg
Kristin A. Allan
WALBERG, ALLAN, PLLC
8547 E. Arapahoe Road, J-248
Centennial, CO 80112
Phone: (720) 536-5699
E-mail: wwalberg@walbergallan.com
*Attorneys for Cincinnati Insurance Company*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 9, 2016, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Evan Bennett Stephenson**
Stephenson@wtotrial.com
cljones@wtotrial.com

**Blake Adam Gansborg**
gansborg@wtotrial.com
creasey@wtotrial.com

**Carolyn J. Fairless**
fairless@wtotrial.com
egan@wtotrial.com
sun@wtotrial.com

                                            */s/ Wendelyn K. Walberg*_____